UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LILLIANNA A. STEVENS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE** |
| v. ) | **NO. 1:13-cv-00873-SCJ-RGV** |
| ) | |
| **CITY OF FOREST PARK,** ) | |
| **GEORGIA, DWAYNE HOBBS,** ) | |
| in his individual capacity, **JOHN** ) | |
| **PARKER,** in his individual capacity, ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF SERVICE OF SUBPOENAS
FOR THE PRODUCTION OF DOCUMENTS**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 45 of the Federal Rules of Civil Procedure, subpoenas for the production of documents in the above-captioned civil action have been issued and will be served upon the following individuals and/or entities:

1. Tovey and Tumlin, Inc.;
2. The Pain Specialist;
3. Clayton State University Foundation;
4. The Georgia Military College Foundation; and
5. University of Virginia.

Copies of the above-listed subpoenas are attached hereto as Exhibits 1 thru 5, respectively. The undersigned counsel for the Defendants will proceed to

inspect and copy the records to be produced pursuant to such subpoenas on August 2, 2013, commencing at 10:00 a.m. at the offices of Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, GA 30339.

**FREEMAN MATHIS & GARY, LLP**

/s/ Kelly Eisenlohr-Moul
Benton J. Mathis, Jr.
Georgia Bar No. 477019
Kelly Eisenlohr-Moul
Georgia Bar No. 558153

Attorneys for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
T: 770.818.0000
F: 770.937.9960
E: bmathis@fmglaw.com
  kmoul@fmglaw.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LILLIANNA A. STEVENS**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | **CIVIL ACTION FILE** |
| v.   ) | **NO. 1:13-cv-00873-SCJ-RGV** |
| ) | |
| **CITY OF FOREST PARK,**   ) | |
| **GEORGIA, DWAYNE HOBBS,**   ) | |
| **in his individual capacity, JOHN**   ) | |
| **PARKER, in his individual capacity,**   ) | |
| ) | |
| **Defendants.**   ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF SERVICE OF SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS** to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record is:

Jeffrey R. Filipovits, Esq.
2900 Chamblee Tucker Rd., Bldg. 1
Atlanta, GA 30341

This 2nd day of August, 2013.

/s/ Kelly Eisenlohr-Moul
Kelly Eisenlohr-Moul
Georgia Bar No. 558153

**FREEMAN MATHIS & GARY**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
F: 770.937.9960
E: kmoul@fmglaw.com