UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LILLIANNA A. STEVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:13-cv-00873-SCJ-RGV |
| ) | |
| CITY OF FOREST PARK, ) | |
| GEORGIA, DWAYNE HOBBS, ) | |
| in his individual capacity, JOHN ) | |
| PARKER, in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER TO EXTEND DISCOVERY

COME NOW, Plaintiff and Defendants herein, and hereby request this Court to enter a Consent Order extending discovery for sixty (60) days, up through and including November 9, 2013. Discovery currently is due to expire on September 9, 2013. This is the parties' first request for a discovery extension, and the parties seek this Consent Order in good faith.

In support of this Consent Order, the parties show that they diligently are engaging in discovery. The parties have exchanged written discovery and are in the process of scheduling depositions. The parties also anticipate that further written discovery requests to the parties and to third parties may be necessary. The parties believe that the requested discovery extension will be beneficial to both parties and

will allow them adequate time to complete the necessary discovery.

It appearing that Plaintiff and Defendants have consented to an extension of time for conducting discovery in the above-styled civil action, and good cause having been shown, it is hereby ORDERED that the time for conducting discovery be and hereby is extended up through and including November 9, 2013.

SO ORDERED this 12th day of August, 2013.

*Russell G. Vineyard*
Honorable Russell G. Vineyard
Judge, United States District Court