UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LILLIANNA A. STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | |
| v. | ) | 1:13-cv-00873-SCJ-RGV |
| | ) | |
| CITY OF FOREST PARK, GEORGIA, | ) | |
| DWAYNE HOBBS, in his individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 5.4 CERTIFICATE OF SERVICE**

I hereby certify that I served a NOTICE TO TAKE DEPOSITION of Major Chris Matson and Lt. Amy Heirs upon Defendant at the following address:

Benton J. Mathis, Jr.
Kelly Morrison
FREEMAN, MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948

Submitted this the 14th day of November, 2013.

/s/Jeffrey R. Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553
*Attorney for Plaintiff*

FILIPOVITS LAW FIRM, P.C.
2900 Chamblee-Tucker Rd.
Building 1

1

Atlanta, Georgia 30341
Phone: 770-455-1350
Fax: 770-455-1449
jrfilipovits@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LILLIANNA A. STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | |
| v. | ) | 13-CV-00873-SCJ-RGV |
| | ) | |
| CITY OF FOREST PARK, GEORGIA, DWAYNE HOBBS, in his individual capacity, JOHN PARKER, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing Plaintiff's Rule 5.4 Certificate of Service to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

Benton J. Mathis, Jr.
Kelly Morrison
FREEMAN, MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948

This the 14th day of November, 2013.

/s/Jeffrey R. Filipovits

3

                                          Jeffrey R. Filipovits
                                          Georgia Bar No. 825553
FILIPOVITS LAW FIRM, P.C.       *Attorney for Plaintiff*
2900 Chamblee-Tucker Rd.
Building 1
Atlanta, Georgia 30341
Phone: 770-455-1350
Fax: 770-455-1449
jrfilipovits@gmail.com