UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LILLIANNA A. STEVENS ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:13-cv-00873-SCJ-RGV |
| ) | |
| CITY OF FOREST PARK, ) | |
| GEORGIA, DWAYNE HOBBS, ) | |
| in his individual capacity, JOHN ) | |
| PARKER, in his individual capacity, ) | |
| ) | |
|    Defendants. ) | |

**NOTICE OF VIDEOTAPED DEPOSITION OF
LILLIANNA A. STEVENS**

PLEASE TAKE NOTICE that, on Tuesday, January 14, 2014, beginning at 10:00 a.m., at the offices of Jeffrey R. Filipovits, Esq., 2900 Chamblee Tucker Road, Bldg. 1, Atlanta, Georgia 30341, counsel for Defendants will take the deposition of Plaintiff, Lillianna A. Stevens. This deposition will be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure, under cross examination, for all purposes authorized by law, before a court reporter or some other officer duly authorized to administer oaths. The deposition will be recorded by means of stenographic, video, and/or audio recordings, and will continue from day to day until complete. Absent written objection from Plaintiff received at least

five days in advance of the deposition, Defendants will invoke Federal Rule of Evidence 615 for the purpose of sequestering non-party witnesses from the deposition.

This 8th day of January, 2014.

                                        FREEMAN MATHIS & GARY, LLP

                                        /s/ Benton J. Mathis, Jr.
                                        Benton J. Mathis, Jr., Esq.
                                        Georgia Bar No. 477019
                                        Kelly Eisenlohr-Moul, Esq.
                                        Georgia Bar No. 558153

                                        Counsel for Defendants

100 Galleria Parkway
Atlanta, Georgia  30339
T: (770)818-0000
F: (770)937-9960
E: bmathis@fmglaw.com
E: kmoul@fmglaw.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LILLIANNA A. STEVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:13-cv-00873-SCJ-RGV |
| ) | |
| CITY OF FOREST PARK, ) | |
| GEORGIA, DWAYNE HOBBS, ) | |
| in his individual capacity, JOHN ) | |
| PARKER, in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF LILLIANNA A. STEVENS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Jeffrey R. Filipovits, Esq.
2900 Chamblee Tucker Rd., Bldg. 1
Atlanta, GA 30341

This 8th day of January, 2014.

FREEMAN MATHIS & GARY, LLP


/s/ Benton J. Mathis, Jr.
Benton J. Mathis, Jr.
Georgia Bar No. 477019

Counsel for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
E: bmathis@fmglaw.com