# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LILLIANNA A. STEVENS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF FOREST PARK, GEORGIA and DWAYNE HOBBS,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-CV-0873-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, on the Final Report and Recommendation of the Magistrate Judge and the defendants' Motion for Summary Judgment, and the court having adopted said recommendation and the Opinion and Order of this Court and granted said motion, it is

**Ordered and Adjudged** that plaintiff take nothing; that defendants City of Forest Park, Georgia and Dwayne Hobbs recover their costs of this action, and the action be and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 2nd day of March, 2015.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                            By:    *s/Amanda Querrard*
                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 2, 2015
James N. Hatten
Clerk of Court

By:s/Amanda Querrard
      Deputy Clerk